# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 04-1043

———————

Gary Eugene Graham,                                     *
                                                        *
             Appellant,                    *
                                                        *
                                                        *   Appeal from the United States
      v.                                     *   District Court for the
                                                        *   District of Nebraska.
Falls City Prosecutor; Maria Moran,                     *
Prosecutor; Falls City Sheriff's                        *   [UNPUBLISHED]
Department,                                             *
                                                        *
             Appellees.                    *

———————

Submitted: October 19, 2004
Filed: October 26, 2004

———————

Before MURPHY, FAGG, and SMITH, Circuit Judges.

———————

PER CURIAM.

Gary Graham appeals the district court's[1] order dismissing two defendants in this 42 U.S.C. § 1983 action. Because the order allowed process to be served upon the third defendant, the order is not final under 28 U.S.C. § 1291, and we lack jurisdiction to review it at this time. See 28 U.S.C. § 1291 (courts of appeals have jurisdiction over appeals from final decisions of district courts); Bullock v. Baptist

———————

[1]The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.

<u>Mem'l Hosp.</u>, 817 F.2d 58, 59 (8th Cir. 1987) (order dismissing complaint as to fewer than all defendants is not final order within meaning of § 1291).

We deny as moot his pending motion.

Accordingly, we dismiss the appeal as premature.

_____